■ In the Matter of CHENDO O., and Another, Infants. (Appeal No. 2.) [598 NYS2d 1022] —Appeal unanimously dismissed without costs (see, Kabelac v Harding, 127 AD2d 1011, lv dismissed 70 NY2d 746). (Appeal from Order of Erie County Family Court, Honan, J.—Custody.) Present—Denman, P. J., Pine, Balio, Boomer and Davis, JJ.